UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOHUA HUANG,<br><br>         Plaintiff,<br><br>    v.<br><br>GENESIS GLOBAL HARDWARE, INC.,<br><br>         Defendant. | No.  2:20-cv-1713-JAM-KJN PS<br><br>ORDER DENYING ELECTRONIC FILING<br><br>(ECF No. 4.) |

Presently pending before the court is plaintiff's motion for electronic case filing. (ECF No. 4.) Generally, "any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." See E.D. Cal. L.R. 133(b)(2). Plaintiff's motion for electronic case filing does not provide any good cause for deviance from the Local Rule applicable to unrepresented litigants. As such, the motion is DENIED.

Dated: September 10, 2020

huan.1713

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1